UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALEXANDER DUBROW,

                                           *Plaintiff*,

v.

THE SUTHERLAND GROUP LTD.,

                                           *Defendant*.

ORDER

02-CV-6626L

        The Court, having heard argument from both parties on July 26, 2005, regarding Defendant's pending motion for summary judgment under Rule 56(f), hereby orders Defendant's motion for summary judgment regarding Plaintiff's claims under Title VII, 42 U.S.C. §1981, the Age Discrimination in Employment Act, the Florida Civil Rights Act, and the New York State Human Rights Law, is denied in its entirety.

SO ORDERED:

*[signature]*
Honorable David G. Larimer
United States District Court Judge

Dated: August 22, 2005