UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALEXANDER DUBROW,

                              Plaintiff,

                                                                                                  <u>DECISION AND ORDER</u>

                                                                                                  02-CV-6626L

          V.

THE SUTHERLAND GROUP, LTD.,

                              Defendant.
_____

RICHARD FRANCIS,

                              Plaintiff,

          V.                                                                      02-CV-6627L

THE SUTHERLAND GROUP, LTD.,

                              Defendant.

_____

     By letter dated October 26, 2005, plaintiffs objected to defendant taking the deposition of Mr. Steven Schmidt. There is no basis for the objection. By Order dated October 14, 2005, the Court

extended the discovery deadline until December 31, 2005. Plaintiff's request for a protective order precluding the deposition of Steven Schmidt is denied.[1]

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated: Rochester, New York
       November 4, 2005.

---

[1] By letter dated October 28, 2005, defendant indicated that it "may" file a motion to renew its motion for summary judgment. The parties are reminded that the time to file dispositive motions lapsed on October 1, 2004.